IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**ERIC ROGERS,**

    **Plaintiff**                  Case Number:  0:22-cv-62064-RKA

**V.**

**R & G EQUITIES, LLC.**

    **Defendant**

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                                           Respectfully submitted,

Dated: November 18, 2022            */s/ Alberto R. Leal.*
                                         Alberto R. Leal, Esq., P.A.
                                         Florida Bar No.: 1002345
                                         E-Mail: albertolealesq@gmail.com
                                         Phone: 954-637-1868